NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**DAVID HOVER,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

———————————

2014-5022

———————————

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00895-MMS, Judge Margaret M. Sweeney.

———————————

**ON MOTION**

———————————

PER CURIAM.

**O R D E R**

David Hover submits a motion for summary adjudication.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

2                                        HOVER v. US


                                    FOR THE COURT

                                    /s/ Daniel E. O'Toole
                                    Daniel E. O'Toole
                                    Clerk of Court

s24